IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTOINE ANDRE, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )  Civil Action No. 1:20-cv-01173-LMB-IDD |
| AXIOS SYSTEMS, INC., | ) ) ) |
| *Defendant.* | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Antoine Andre hereby dismisses this action with prejudice as to his claims against Defendant Axios Systems, Inc., each party to bear its own costs and fees.

Dated:  December 30, 2020

Respectfully submitted,

/s/ Joseph E. Schuler
Joseph E. Schuler (VA Bar No. 73997)
**JACKSON LEWIS P.C.**
10701 Parkridge Boulevard
Suite 300
Reston, VA  20191
Telephone: (703) 483-8300
Fax: (703) 483-8301
Joseph.Schuler@jacksonlewis.com

*Counsel for Defendant*

/s/ Jack Jarrett
Jack Jarrett (VA Bar No. 86176)
**ALAN LESCHT & ASSOCIATES, P.C.**
1825 K Street, NW
Suite 750
Washington, DC  20006
Telephone: (202) 463-6036
Fax: (202) 463-6067
jack.jarrett@leschtlaw.com

*Counsel for Plaintiff*

[*signed by Joseph Schuler w/permission*]

So Ordered

/s/ /s/ LMB
_____
Leonie M. Brinkema        12/30/20
United States District Judge